IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CARL THOMAS** **PLAINTIFF**

V. CIVIL ACTION NO. 3:23-cv-36-SA-RP

**UNITED STATES POSTAL SERVICE** **DEFENDANT**

### ORDER SUBSTITUTING PARTY DEFENDANT AND AMENDING CAPTION

The Plaintiff filed this federal tort claim action against the United States Postal Service seeking damages arising from an accident in Byhalia, Mississippi. The United States of America provided notice to the court that it should be substituted for the named defendant.

Pursuant to 28 U.S.C. § 2679(d)(1), this action is properly deemed to be an action against the United States of America, which is substituted for the named defendant. The United States Postal Service is terminated from this action. The style of this action is hereby amended to add the United States of America as the sole defendant.

**SO ORDERED**, this the 28th day of April, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE